1  MICHAEL L. MALLOW (SBN 188745)
   mmallow@loeb.com
2  KAREN R. THORLAND (SBN 172092)
   kthorland@loeb.com
3  RACHEL A. RAPPAPORT (SBN 268836)
   rrappaport@loeb.com
4  DEREK K. ISHIKAWA (SBN 270275)
   dishikawa@loeb.com
5  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
6  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
7  Facsimile:   310-282-2200

8  Attorneys for Defendants
   TOYOTA MOTOR SALES, USA,
9  INC., TOYOTA MOTOR
   CORPORATION and TOYOTA
10 MOTOR NORTH AMERICA, INC.

11 MICHAEL M. GOLDBERG (SBN 188669)
   mmgoldberg@glancylaw.com
12 MARC L. GODINO (SBN 182689)
   mgodino@glancylaw.com
13 GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
14 Los Angeles, California 90067
   Telephone:  310-201-9150
15 Facsimile:   310-201-9160

16 Proposed Liaision Counsel for Plaintiffs

17 (*Additional Plaintiffs' Counsel on Signature Page*)

18

19              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
20

21 WESTERN DIVISIONMICHAEL          )   Case No.  8:10-CV-00154-CJC-RNBx
   CHOI, Individually and on Behalf of )
   Others Similarly Situated,        )   Assigned to Hon. Cormac J. Carney
22                                    )
              Plaintiff,             )   **[PROPOSED] JOINT CASE**
23                                    )   **MANAGEMENT ORDER**
       vs.                           )
24                                    )
   TOYOTA MOTOR SALES, U.S.A.,       )
25 INC., a California corporation;    )
   TOYOTA MOTOR CORPORATION, a )
26 foreign corporation,              )
                                      )
27            Defendants.            )
                                      )
28

LA2065189.1
212799-10020

                                          [PROPOSED] JOINT CASE MANAGEMENT
                                                                      ORDER

| | |
|---|---|
| 1   ALEXSANDRA DEL REAL,  )   Individually and on Behalf of all Others ) | Case No. 8:10-cv-00173-CJC-(RNBx) |

ALEXSANDRA DEL REAL, )
Individually and on Behalf of all Others )
Similarly Situated, )
                           )
       Plaintiffs, )
                           )
     vs. )
                           )
TOYOTA MOTOR SALES, USA, )
INC., and TOYOTA MOTOR )
CORPORATION, )
                           )
       Defendants. )
                           )

Case No. 8:10-cv-00173-CJC-(RNBx)

---

JESSICA M. KRAMER, an individual, )
on behalf of herself and all others )
similarly situated, )
                           )
       Plaintiff, )
                           )
     vs. )
                           )
TOYOTA MOTOR CORPORATION, a )
foreign corporation; TOYOTA MOTOR )
SALES, U.S.A., INC., a California )
corporation; TOYOTA MOTOR )
NORTH AMERICA, INC., a California )
corporation;  and DOES 1 through 10, )
inclusive, )
                           )
       Defendants. )
                           )

Case No.  2:10-CV-1154-CJC-RNBx

---

LU LI, individually and on behalf of all )
others similarly situated, )
                           )
       Plaintiff, )
                           )
     v. )
                           )
TOYOTA MOTOR NORTH )
AMERICA, INC., TOYOTA MOTOR )
SALES U.S.A., INC., a California )
corporation, TOYOTA MOTOR )
CORPORATION, DOES 1 through 500 )
inclusive, )
                           )
       Defendants. )
                           )

Case No.  2:10-cv-01248-CJC (RNBx)

1

2      The Court hereby orders the parties [Proposed] Joint Case Management

3   Stipulation and continues the status conference scheduled for July 30, 2010 until

4   further notice.

5

6   **IT IS SO ORDERED.**

7

    Dated: _____                _____
8                                                    Honorable Cormac J. Carney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28